

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00092-CV

**IN THE INTEREST OF S.L.E.**, a Child

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA01712
Honorable Peter A. Sakai, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's Order Granting Adoption is AFFIRMED.

We order that appellees Sheila Husted and Inez Martinez recover their costs of appeal from appellants Morgan Ellis and Colleen Ellis.

SIGNED April 15, 2020.

_____
Beth Watkins, Justice